# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kevin Hamlin, Veronica Hamlin and Aaron Hamlin<br>Plaintiff(s), | ) ) ) ) | JUDGMENT IN CASE<br><br>1:13-cv-00200-MR-DSC |
| vs. | ) ) | |
| TD Bank, formerly known as Carolina First Bank<br>Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 30, 2014 Order.

January 30, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court